■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANDRIQUE BARON, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONS et al., Respondents. [942 NYS2d 392]—Appeal from a judgment (denominated order) of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered October 19, 2010 in a proceeding pursuant to CPLR article 70. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Inasmuch as he has been released to parole supervision, this appeal by petitioner from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot (*see People ex rel. Graham v Fischer*, 70 AD3d 1381, 1381-1382 [2010]; *People ex rel. Mitchell v Unger*, 63 AD3d 1591 [2009]; *People ex rel. Hampton v Dennison*, 59 AD3d 951 [2009], *lv denied* 12 NY3d 711 [2009]), and the exception to the mootness doctrine does not apply herein (*see Graham*, 70 AD3d at 1381-1382; *Hampton*, 59 AD3d at 951; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.